473 SCHWARTZ (Controller) vs. BARRY (Police Justice, Saginaw), No. 12493, 90 M., 267.

To vacate order adjudging relator guilty of contempt and imposing fine for refusal to produce certain files and papers,

which were being examined by a committee of the Common Council, in an investigation which was pending in that body.

Granted February 10, 1892.